PAUL ALAN LEVY
(pro hac vice)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, D.C. 20009
Telephone: (202) 588-7725
plevy@citizen.org

PHILLIP R. MALONE
California Bar No. 163969
JUELSGAARD INTELLECTUAL PROPERTY
 AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-1900
Facsimile: (650) 725-0253
pmalone@stanford.edu

Attorneys for Plaintiff Erik Anderson

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

| | |
|---|---|
| ERIK ANDERSON,<br><br>        Plaintiff,<br><br>   v.<br><br>STEVEN HIRSCH and MARK SELIGER,<br><br>        Defendants. | Case No. 5:19-cv-05630-EJD<br><br>**RULE 41 DISMISSAL** |

Because defendants Steven Hirsch and Mark Seliger have provided judicially enforceable licenses (see attached Exhibit A) granting plaintiff the right to host links to, or forum users' posting of photographs, without liability for infringement, as sought by the First Amended Complaint, this action should be dismissed without prejudice.

DATED: March 20, 2020

PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, D.C. 20009

By:   /s/ Paul Alan Levy
       (pro hac vice)
       Telephone: (202) 588-7725
       plevy@citizen.org

```
                              JUELSGAARD INTELLECTUAL PROPERTY AND
                              INNOVATION CLINIC
                              Mills Legal Clinic at Stanford Law School
                              Crown Quadrangle, 559 Nathan Abbott Way
                              Stanford, California 94305-8610

                       By:    /s/ Phillip R. Malone
                              California Bar No. 163969

                              Telephone: (650) 724-1900
                              Facsimile: (650) 725-0253
                              pmalone@stanford.edu
```

Dated: March 20, 2020

SO ORDERED.

_____
United States District Judge