PAUL ALAN LEVY
(pro hac vice)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, D.C. 20009
Telephone: (202) 588-7725
plevy@citizen.org

PHILLIP R. MALONE
California Bar No. 163969
JUELSGAARD INTELLECTUAL PROPERTY
 AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-1900
Facsimile: (650) 725-0253
pmalone@stanford.edu

Attorneys for Plaintiff Mockingbird Foundation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

| ERIK ANDERSON, | ) | Case No. 5:19-cv-05630-EJD |
|---|---|---|
| Plaintiff, | ) | **STIPULATED MOTION TO EXTEND TIME TO MOVE FOR ATTORNEY FEES AND EXPENSES** |
| v. | ) | |
| STEVEN HIRSCH and MARK SELIGER, | ) | |
| Defendants. | ) | |

Pursuant to Local Rule 6-2, all parties hereby stipulate and request that the Court enter an order extending plaintiff's time to file a motion for an award of attorney fees, costs and expenses until April 30, 2020. Good cause exists for the request.

1. The case was dismissed on March 20, and a motion for attorney fees, costs and expenses would be due on April 3. The parties believe that the meet and confer process could be more effective if they had more time before any motion is filed.

2. The parties agree that, considering the exigencies of the present coronavirus crisis, an extension of a full month would permit a thorough meet and confer process.

3. The parties are in agreement, therefore, that plaintiff's date to file a motion for an award of attorney fees, costs and expenses should be extended to April 30.

DATED: March 26, 2020

PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, D.C. 20009

By:  /s/ Paul Alan Levy
(pro hac vice to be sought)
Telephone: (202) 588-7725
plevy@citizen.org

JUELSGAARD INTELLECTUAL PROPERTY AND INNOVATION CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610

By:  /s/ Phillip R. Malone
California Bar No. 163969

Telephone: (650) 724-1900
Facsimile: (650) 725-0253
pmalone@stanford.edu

Attorneys for Plaintiff

HIGBEE & ASSOCIATES
1504 Brookhollow Drive, Suite 112
Santa Ana, California 92705-5418

By:  /s/ Mathew K. Higbee
Mathew K. Higbee
California Bar No. 241380
Telephone: (714) 361-1967
Facsimile: (866) 534-7049
mathewhigbee@higbeeasociates.com

Attorney for Defendants

## [PROPOSED] ORDER

Pursuant to stipulation, plaintiff's deadline to file any motion for attorney fees, expenses and costs is extended to April 30, 2020.

IT IS SO ORDERED

Dated: 3/26/2020

EDWARD J. DAVILA
United States District Judge